1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3
   PATRICK A. ROSE
4  Assistant United States Attorney
   Nevada Bar No. 5109
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   patrick.rose@usdoj.gov
7  *Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jessica Lynn Huth,<br><br>        Plaintiff,<br><br>v.<br><br>Mary Allyson Parham, an individual; United States; Department of the Air Force; Nellis Air Force Base; Does I through X, inclusive; Roe Corporations I through V, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-00966-JAD-DJA<br><br>**Motion for Extension of Time<br>(First Request)** |

The above-named Federal Defendants move for a 30-day extension of time, from July 12, 2021, to August 11, 2021, in which to hold the Rule 26(f) conference and submit a proposed discovery plan and scheduling order. This is the first request for such an extension of time.

## Points and Authorities

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act.

Local Rule 26-1 provides that a plaintiff should initiate the scheduling of the Rule 26(f) conference within 30 days of a defendant's appearance. LR 26-1(a). Within 14 days of the Rule 26(f) conference, the parties should file a discovery plan and scheduling order. *Id*.

Federal Defendants made their appearance on May 27, 2021, when they filed a Motion to Dismiss (ECF No. 3), making several arguments based in the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 1402(b), 2401(b), 2402, 2671-2680 ("FTCA"). Absent an extension, a joint discovery plan scheduling order would be due July 12, 2021.

On June 17, 2021, defense counsel emailed plaintiff's counsel about holding a Rule 26(f) conference, as well as about a joint status report concerning removal of the action from state court. Defense counsel heard back from the law office representing plaintiff as to the joint status report but not as to holding a Rule 26(f) conference.

On July 12, 2021, defense counsel emailed plaintiff's counsel about an extension to hold the Rule 26(f) conference and submit a discovery plan and scheduling order. Defense counsel received an automatic reply indicating plaintiff's counsel was out of the office until July 13, 2021.

Based on these circumstances, Federal Defendants respectfully request a 30-day extension, from July 12, 2021, to August 11, 2021, in which to hold the Rule 26(f) conference and submit a proposed discovery plan and scheduling order.

Respectfully submitted this 12th day of July 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** July 13, 2021