FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR - 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Arnaldo Sanchez Torteya   Reg: 55444048
C.I. North Lake
P.O. Box 1500
Baldwin, MI 49304

United State Nevada District Court Clerk Office

Here comes now Arnaldo Sanchez-Torteya Pro-Se requesting the copy of the following documents case 2:17-Cr-00306-JCM-VCF

1.- Copy of the Full Court docket 2:17-cr-00306-JCM

1.- Copy of the following Motions and Documents Case: 2:17-cr-00306-JCM-VCF:

10/17/2018 #428, 11/29/2018 #443, 09/12/2021 #942
11/05/2019 #623, 11/15/2019 #632, 09/23/2021 #956
11/18/2019 #637, 12/03/2019 #645, 09/24/2021 #960
12/03/2019 #648, 12/13/2019 #657, 09/24/2021 #961
07/31/2020 #733, 07/31/2020 #737, 11/17/2021 #970
11/23/2020 #762, 01/15/2021 #774, 11/19/2021 #989
01/26/2021 #786, 03/12/2021 #797, 11/23/2021 #991
03/12/2021 #798, 03/26/2021 #824, 11/30/2021 #995
04/05/2021 #833, 06/29/2021 #873,
08/20/2021 #924, 08/20/2021 #925,
08/23/2021 #928, 08/23/2021 #929,

Respectfully Submitted                    Arnaldo Sanchez Torteya



Arnaldo Sanchez-Toiteya #SS44048
C.I. NorthLake
Po Box 1500
Baldwin, MI 49304

FILED ___ RECEIVED
ENTERED ___ SERVED ON
___ COUNSEL/PARTIES OF RECORD

MAR - 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

GRAND RAPIDS MI 493
25 FEB 2022 PM 4 L

XRAYED US MARSHALS SERVICE

United States Nevada District Court
Clerk office
333 South LasVegas Blvd
Las Vegas, Nv 89101
702-464-5400

89101-706934