1 | CHRISTOPHER CHIOU
Acting United States Attorney
2 | District of Nevada
Nevada Bar No. 14853

3

4 | SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
5 | Las Vegas, Nevada 89101
(702) 388-6336
6 | Skyler.Pearson@usdoj.gov

7 | *Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jessica Lynn Huth, | Case No. 2:21-cv-00966-JAD-DJA |
| Plaintiff, | **Joint Stipulation to Stay Case Pending Settlement** |
| v. | |
| United States of America; Does I through X, inclusive; Roe Corporations I through V, inclusive, | ECF No. 34 |
| Defendant. | |

The parties hereby submit the following joint stipulation requesting that the Court stay this case and any remaining case deadlines for an additional 60 days. The parties have resolved this matter and are currently in the process of exchanging settlement documents. Upon receipt of the necessary documents, defense counsel will process the settlement to the Judgment Fund which usually takes around 30 days to process and wire the funds.

//

//

//

//

//

Accordingly, the parties move to say the case, and any remaining deadlines, for an additional 60 days and will submit a status report no later than May 30, 2022, or a stipulation for dismissal of the case.

Respectfully submitted this 30th day of March 2022.

| | |
|---|---|
| ATKINSON WATKINS & HOFFMAN | CHRISTOPHER CHIOU<br>United States Attorney |
| /s/ Tyler M. Crawford<br>TYLER M. CRAWFORD, ESQ.<br>Nevada Bar No. 10559<br>10789 W. Twain Ave., # 100<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* | /s/ Skyler Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 4-6-22