JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Skyler.Pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jessica Lynn Huth,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; Does I through X, inclusive; Roe Corporations I through V, inclusive,<br><br>　　　　Defendant. | Case No. 2:21-cv-00966-JAD-DJA<br><br>**Order Granting Request to Extend Stay for 60 Days**<br><br>ECF No. 37 |

　　　The parties hereby submit this joint status report and request that the Court extend the stay of this case's deadlines for an additional 60 days. This Joint Status Report is based on the following:

　　　(1) The parties have resolved this matter.

　　　(2) The parties have exchanged settlement documents.

　　　(3) After receipt of the necessary documents, defense counsel provided the necessary settlement documents to the Judgment Fund for processing.

　　　(4) The parties are awaiting the Judgement Fund to process and wire the funds prior to filing a stipulation of dismissal in this case.

　　　(5) The parties anticipate being able to file a stipulation of dismissal within 60 days.

Accordingly, in accordance with the Court's April 6, 2022 order (ECF No. 35), the parties provide this joint status report and request the Court to continue the stay of remaining case deadlines for an additional 60 days. In the event a stipulation of dismissal is not filed within 60 days of the Court's approval of this stipulation and order, the parties will submit another joint status report no later than 60 days after the Court's acceptance and approval of this joint status report.

Respectfully submitted this 31st day of May 2022.

| | |
|---|---|
| ATKINSON WATKINS & HOFFMAN | JASON M. FRIERSON<br>United States Attorney |
| /s/ Tyler M. Crawford<br>TYLER M. CRAWFORD, ESQ.<br>Nevada Bar No. 10559<br>10789 W. Twain Ave., # 100<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* | /s/ Skyler Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 7, 2022