JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jessica Lynn Huth,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; Does I through X, inclusive; Roe Corporations I through V, inclusive,<br><br>　　　　Defendant. | Case No. 2:21-cv-00966-JAD-DJA<br><br>**Stipulation and Order to Dismiss Case**<br><br>ECF No. 39 |

　　It is hereby stipulated between Plaintiff, Jessica Lynn Huth, and Defendant, the United States of America, that this lawsuit be dismissed, with prejudice, with each party to bear their own fees and costs.

　　Respectfully submitted this 30th day of June 2022.

| | |
|---|---|
| ATKINSON WATKINS & HOFFMAN | JASON M. FRIERSON<br>United States Attorney |
| */s/ Tyler M. Crawford*<br>TYLER M. CRAWFORD, ESQ.<br>Nevada Bar No. 10559<br>10789 W. Twain Ave., # 100<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* | */s/ Skyler Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

## ORDER

　　Based on the parties' stipulation [ECF No. 39] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　Dated: July 6, 2022